Stephen M. Lobbin (CA Bar No. 181195)
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
E: sml@smlavvocati.com
T: 949.636.1391

Counsel for Defendants

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CCSAC, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC BANKING CORP., et al., <br><br> Defendants. | Case No. 3:20-cv-02102-JD <br><br> **Defendants' Notice and Disclosure of Witnesses and Exhibits re Show Cause Hearing** <br><br> Date:  October 18, 2022 <br> Time:  10:00 a.m. <br> Ctrm:  11 <br><br> Honorable James Donato |

Pursuant to the Court's Order to Show Cause (see ECF No. 157 at 2),[1]

Defendants Pacific Banking Corp., GRN Funds LLC, and Justin Costello

---

[1] The Court's OSC states, in relevant part: "An evidentiary hearing on defendants' compliance is set for October 18, 2022, at 10:00 a.m. in Courtroom 11 of the San Francisco courthouse.  The Court expects that defendant Justin Costello will be prepared to testify on the compliance measures defendants undertook.  Defendants may call other witnesses as they wish, and will disclose the identity and testimony areas of such witnesses to plaintiffs no later than October 11, 2022.  Plaintiffs will examine the witnesses first, followed by defendants.  Each side will file examination exhibits by October 11, 2022."

(collectively "Defendants") hereby "disclose the identity and testimony areas of [their] witnesses" and their "examination exhibits," as follows:

Witnesses

Defendants' witness is Justin Costello, whose testimony areas would include (a) Defendants' compliance measures undertaken to respond to this Court's Order (*see* ECF No. 148), and (b) the factual basis for the statements in the related Declaration of Justin Costello in Response to Court Order (*see* ECF No. 151).  Mr. Costello, however, presently is in federal custody in San Diego, California pending a custody hearing scheduled for October 18, 2022.  *See* Ex. A (herewith).  As such, Mr. Costello is unable to be in person in this Court on the same day, as scheduled by this Court for its Show Cause Hearing.  Defendants' already have filed in this Court a Renewed Motion to Stay this Action with a Motion to Shorten Time (*see* ECF Nos. 160-161), and respectfully request this Court's ruling on those Motions prior to October 18, 2022.

Examination Exhibits

Defendants' examination exhibits include the Declaration of Justin Costello in Response to Court Order (*see* ECF No. 151), including the account statements filed therewith.

Dated: October 11, 2022               Respectfully submitted,

**SML Avvocati P.C.**

*/s/ Stephen M. Lobbin*

1

2

## **PROOF OF SERVICE**

3

        I hereby certify that on October 11, 2022, I electronically transmitted the

4

foregoing document using the CM/ECF system for filing, which will transmit the

5

document electronically to all registered participants as identified on the Notice of

6

Electronic Filing, and paper copies have been served on those indicated as non-

7

registered participants.

8

9

10

    Dated:  October 11, 2022                    /s/ Stephen M. Lobbin                    

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28