SELNA PARTNERS LLP
70 Washington Street, Suite 303
Oakland, California 94607
Telephone: (510) 336-8974
Steven M. Selna (Bar No. 133409)
Robert W. Selna (Bar No. 230385)
Email: steven@selnapartners.com
Email: robert@selnapartners.com

Attorneys for Plaintiffs CCSAC, INC., a California corporation and CANN DISTRIBUTORS, INC., a California corporation

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CCSAC, INC., a California corporation and CANN DISTRIBUTORS, INC., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC BANKING CORP., a Washington corporation, JUSTIN COSTELLO, an individual and GRN FUNDS, LLC, a Washington limited liability company, <br><br> Defendants. | Case No. 3:20-cv02102-JD <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO SHORTEN TIME** <br><br> Judge: The Hon. James Donato |

Plaintiffs CCSAC, INC., and CANN DISTRIBUTORS, INC., ("Plaintiffs") hereby oppose Defendants PACIFIC BANKING CORP, JUSTIN COSTELLO and GRN FUND, LLC's ("Defendants") motion to shorten time for the limited purposes of 1) correcting Defendants' factual misrepresentations to the Court; and 2) urging the Court to order a hearing, on October 18, 2022, of all pending matters.

## I.  ARGUMENT

First, as noted in Plaintiffs' own motion to shorten time for a hearing on their motions for sanctions (Dkt. No.164), defense counsel's claimed need for Costello to participate in opposing Plaintiffs' motions and appear at the upcoming OSC hearing is unsupported. There is no role for Costello in the preparation for or hearing on Plaintiffs' motions for sanctions. Costello already attended one Court-ordered hearing, on September 8, 2022, concerning the same discovery issues. In response, the Court ordered Plaintiffs to file two sanctions motions. Plaintiffs' motions concern the types of sanctions that should be assessed, legal questions only Costello's lawyer can and should be addressing. Similarly, as noted in Plaintiffs' Opposition to Defendants' motion to stay, Costello already directly responded to the Court's questions about the location of Plaintiffs' funds at the September 8 hearing. Since then, the U.S. Attorney for the Western District of Washington has determined that the account identified in Costello's declaration as containing more than $2.9 million of Plaintiffs' funds contains only $15. This should put to rest any lingering questions about whether Costello violated the Court's preliminary injunction order. Moreover, Costello's lawyer, who prepared the declaration, can and should be held accountable for its contents.

Second, as also noted in Plaintiffs' motion to shorten time, Plaintiffs adamantly believe that this Court should conduct a hearing on Defendants' motion to stay. As outlined in Plaintiffs' Opposition (Dkt. No. 162), anything less than a full hearing on the merits of Defendants' motion would be highly prejudicial to Plaintiffs, given the potentially grave consequences for their interests. Accordingly, to the extent Defendants' motion to shorten time may be interpreted as an invitation to the Court to rule on the motion to stay without a hearing, Plaintiffs strenuously oppose the motion.

## II. CONCLUSION

For the foregoing reasons, Plaintiffs oppose Defendants' motion to shorten time, and instead urge the Court to order a hearing on October 18, 2022, on all pending matters before this Court.

Dated: October 12, 2022                              SELNA PARTNERS LLP


                                                     /s/Steven M. Selna
                                                     Steven M. Selna
                                                     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action; my business address is 70 Washington Street, Suite 303, Oakland, California 94607.

On October 12, 2022, I served the foregoing document described as **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO SHORTEN TIME** to counsel for Defendants, as follows:

Stephen M. Lobbin
SML Avvocati P.C.
888 Prospect Street
Suite 200
San Diego, CA 92037
sml@smlavvocati.com

___ (BY MAIL) I deposited such envelope in the mail at Oakland, California. The envelope mailed with postage thereon fully prepaid.

___ (BY MAIL) I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Oakland, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date od deposit for mailing in affidavit.

_X_ (BY ELECTRONIC TRANSMISSION) I transmitted a PDF version of this document by electronic mail to the party identified on the attached service list using the email address indicated:

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

X (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 12, 2022, at Oakland, California.

Steven M. Selna