

**SELNA PARTNERS LLP**

70 Washington Street | Suite 303 | Oakland, CA 94607

510.336.8974 | selnapartners.com

December 13, 2022

Hon. James Donato
United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

Re: *CCSAC, et. al., v. Pacific Banking Corp., et. al.*
Case No. 3:20-CV-02102-JD
Re: Proposed Order Granting Monetary Sanctions

Dear Judge Donato,

    Pursuant to the Court's Minute Order of November 15, 2022 (Dkt. No. 173), we are writing to advise the Court that the parties are unable to agree on cost-shifting for the written discovery disputes. The Order provided that if the parties were unable to agree, they should file a joint notice so advising the Court. Accordingly, on December 6, 2022, I sent defense counsel an email attaching a draft joint letter. Defense counsel has not responded to my email or signed the letter.

    Plaintiffs continue to believe that defense counsel should be held personally accountable for the discovery-related misconduct in this case. As previously outlined in our motions for sanctions, counsel prepared misleading and evasive written discovery responses and sham declarations for his client's signature in bad faith, knowing they were unsupported by the facts of the case. Counsel also repeatedly disregarded this Court's discovery orders. When confronted by the Court, counsel responded with contradictory accounts of his conduct, offering no valid justification. Further, given defendants' apparent dissipation of our clients' funds, one could fairly surmise that counsel has been compensated for his actions with the very funds misappropriated from our client. Accordingly, per the Court's Order, Plaintiffs have filed an updated Proposed Order Granting Monetary Sanctions against Defendants and their counsel.

Very Truly Yours,

Steven M. Selna
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action; my business address is 70 Washington Street, Suite 303, Oakland, California 94607.

On December 13, 2022, I served the foregoing document described as **PLAINTIFFS' LETTER TO COURT RE: PROPOSED ORDER GRANTING MONETARY SANCTIONS** to counsel for Defendants, as follows:

Stephen M. Lobbin
SML Avvocati P.C.
888 Prospect Street
Suite 200
San Diego, CA 92037
sml@smlavvocati.com

___ (BY MAIL) I deposited such envelope in the mail at Oakland, California. The envelope mailed with postage thereon fully prepaid.

___ (BY MAIL) I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Oakland, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date od deposit for mailing in affidavit.

_X_ (BY ELECTRONIC TRANSMISSION) I transmitted a PDF version of this document by electronic mail to the party identified on the attached service list using the email address indicated:

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

X (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 13, 2022, at Oakland, California.

Steven M. Selna