

**SELNA PARTNERS LLP**

70 Washington Street | Suite 303 | Oakland, CA 94607

510.336.8974 | selnapartners.com

January 3, 2023

Hon. James Donato
United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

        Re: *CCSAC, et. al., v. Pacific Banking Corp., et. al.*
           Case No. 3:20-CV-02102-JD
           Re: Proposed Order Granting Monetary Sanctions

Dear Judge Donato,

        This is in reply to defense counsel's December 27, 2022, response to Plaintiffs' proposed order granting monetary sanctions.  Much as he has done throughout these proceedings, defense counsel is once again misleading the Court.  First, counsel has misrepresented the circumstances of the meet and confer ordered by the Court on the topic of fee shifting.  For purposes of accuracy, attached as Exhibit A is our letter to counsel following the telephonic meet and confer, along with a proposed joint letter to this Court advising that the parties were unable to agree on fee shifting.  The letter is self-explanatory, detailing the discussion and the reasons why defense counsel's proposal was unacceptable.  As noted in our December 13, 2022, submission, and as he has on multiple prior occasions, defense counsel simply ignored our letter.

        Second, counsel has grossly mischaracterized Plaintiffs' counsel's time entries. We are prepared to file a supplemental declaration or appear for hearing to address any questions the Court may have about specific entries, including the work performed and time spent. It should also be noted that we have submitted no time for work on this case post-November 21, 2022. Since then, our client has incurred additional expenses associated with the meet and confer process and the preparation of our proposed order and declaration to the Court.

        Third, defense counsel's response is further evidence of his failure to acknowledge how his own conduct significantly delayed these proceedings and made them more costly, to Plaintiffs' and this Court's great detriment.  Accordingly, in assessing a proper sanction, the Court should disregard defense counsel's proposal.

                Very Truly Yours,

                Steven M. Selna
                Counsel for Plaintiffs

Encl.

# EXHIBIT A



**SELNA PARTNERS LLP**

70 Washington Street | Suite 303 | Oakland, CA 94607

510.336.8974 | selnapartners.com

*Via email*                                           December 6, 2022
Stephen M. Lobbin
SML Avvocati P.C.
888 Prospect Street
Suite 200
San Diego, CA 92037

                    Re: *CCSAC, et. al., v. Pacific Banking Corp., et. al.*
                        Case No. 3:20-CV-02102-JD
                        Re: Fee Shifting for Discovery Disputes

Dear Mr. Lobbin,

      This is in response to your letter of December 4, 2022. We are not agreeable to your fee-shifting offer of $15,000. As was clear from your comments to the Court on November 15, 2022, and to me in our meet and confer, that number does not reflect any assessment of your responsibility for the discovery misconduct outlined in our motions. As I mentioned, our fees for the discovery disputes currently stand at $91,542.00. We invited you to come back to us with a proposal reflecting your personal accountability for the fees incurred by our client, but you have elected not to do so. As such, we do not view your fee shifting proposal as being made in good faith.

      We also decline your invitation to resolve this matter through ADR. The Court has ordered a process for the resolution of this issue, and we intend to follow it. To that end, please see the attached draft letter to Judge Donato, indicating that the parties are unable to come to an agreement on fee shifting. If you find the letter to be in order, please sign and pdf it back to me at your earliest convenience.

                                        Very Truly Yours,

                                        Steven M. Selna

Encl.



**SELNA PARTNERS LLP**

70 Washington Street | Suite 303 | Oakland, CA 94607

510.336.8974 | selnapartners.com

Hon. James Donato                    December 6, 2022
United States District Court
Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

Re: *CCSAC, et. al., v. Pacific Banking Corp., et. al.*
    Case No. 3:20-CV-02102-JD
    Joint Notice re: Fee Shifting for Discovery Disputes

Dear Judge Donato,

        This is to advise the Court that, per the Court's Minute Order (Dkt. No. 173), the parties' counsel met and conferred about fee shifting for the discovery disputes and are unable to agree on the amount that Defendants and their counsel should pay to Plaintiffs. Accordingly, Plaintiffs will be filing a proposed order for sanctions along the lines discussed at the November 15, 2022, hearing.


Very Truly Yours,


_____                          _____
Steven M. Selna                                    Stephen M. Lobbin
Counsel for Plaintiffs                             Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 70 Washington Street, Suite 303, Oakland, California 94607.

On January 3, 2023, I served the foregoing document described as **LETTER TO COURT REPLYING TO DEFENDANTS' 12/27/22 RESPONSE** to counsel for Defendants, as follows:

Stephen M. Lobbin
SML Avvocati P.C.
888 Prospect Street
Suite 200
San Diego, CA 92037
sml@smlavvocati.com

**___** (BY MAIL) I deposited such envelope in the mail at Oakland, California.  The envelope mailed with postage thereon fully prepaid.

___ (BY MAIL) I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Oakland, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date od deposit for mailing in affidavit.

_X_ (BY ELECTRONIC TRANSMISSION) I transmitted a PDF version of this document by electronic mail to the party identified on the attached service list using the email address indicated:

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

X (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 3, 2023, at Oakland, California.

Steven M. Selna