# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

| **Date:** February 16, 2023 | **Time:** 10:31 a.m.- 10:50 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:20-cv-02102-JD | **Case Name:** CCSAC, Inc. v. Pacific Banking Corp | |

**Attorney for Plaintiff:** Steven Selna

**Attorney for Defendant:** Stephen Michael Lobbin

**Deputy Clerk:** Brittany Sims                **Reported by:** Not Reported

## PROCEEDINGS

Pre-Settlement Conference held.

The settlement conference will be held via Zoom on Monday, March 13 at 1 pm.

Standing order is modified to permit counsel in this case to provide their settlement conference statements and confidential settlement letters in a manner that is tailored to the particular discovery fee dispute that will be negotiated at the settlement conference. Only counsel for the parties will participate in this settlement conference.