1  SELNA PARTNERS LLP
   70 Washington Street, Suite 303
2  Oakland, California 94607
   Telephone: (510) 387-8508
3  Steven M. Selna (Bar No. 133409)
   Robert W. Selna Bar No. 230385)
4  Email: steven@selnapartners.com
   Email: robert@selnapartners.com
5
   Attorneys for Plaintiffs CCSAC, INC., a
6  California corporation and CANN
   DISTRIBUTORS, INC., a California corporation
7

8

9                    UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| | |
|---|---|
| CCSAC, INC., a California corporation, and CANN DISTRIBUTORS, INC., a California corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC BANKING CORP., a Washington corporation, JUSTIN COSTELLO, an individual, and GRN FUNDS, LLC, a Washington limited liability company,<br><br>Defendants. | Case No. 3:20-cv-02102-JC<br><br>**PLAINTIFFS' NOTICE OF DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION TO LIFT STAY**<br><br>Date: March 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 11<br>Judge: The Hon. James Donato |

Case No. 3:20-cv-02102-JD
**PLAINTIFFS' NOTICE OF DEFENDANTS' NON-OPPOSITION**

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

Plaintiffs CCSAC, INC. and CANN DISTRIBUTORS, INC ("Plaintiffs") file this notice to advise the Court that they have received no opposition to their motion to lift the stay of this action, filed on February 16, 2023 (Dkt. No. 183) and scheduled for hearing on March 9, 2023. Pursuant to the Federal Rules of Civil Procedure and local rules of this Court, the deadline for Defendants to file and serve any opposition to Plaintiffs' motion was February 16, 2023.

Accordingly, for all the reasons outlined in their motion, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Lift the Stay and issue a ruling on Plaintiffs' Motion for Terminating Sanctions.

DATED: February 21, 2023         Respectfully submitted,

SELNA PARTNERS LLP

By: /s/ Steven M. Selna
Steven M. Selna
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action; my business address is 70 Washington Street, Suite 303, Oakland, California 94607.

On February 21, 2023, I served the foregoing documents described as **PLAINTIFFS' NOTICE OF DEFENDANTS' NON-OPPOSITION** to counsel for Defendants, as follows:

Stephen M. Lobbin
SML Avvocati P.C.
888 Prospect Street
Suite 200
San Diego, CA 92037
sml@smlavvocati.com

___ (BY MAIL) I deposited such envelope in the mail at Oakland, California. The envelope mailed with postage thereon fully prepaid.

___ (BY MAIL) I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Oakland, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date od deposit for mailing in affidavit.

_X_ (BY ELECTRONIC TRANSMISSION) I transmitted a PDF version of this document by electronic mail to the party identified on the attached service list using the email address indicated:

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

X (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 21, 2023, at Oakland, California.

Steven M. Selna