Stephen M. Lobbin (CA Bar No. 181195)
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
E: sml@smlavvocati.com
T: 949.636.1391

Counsel for Defendants

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CCSAC, INC., et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>PACIFIC BANKING CORP., et al.,<br><br>      Defendants. | Case No. 3:20-cv-02102-JD<br><br>**Response To Plaintiffs' Motion to Lift Stay**<br><br>Honorable James Donato |

     In its November 15, 2022 Order, this Court stayed this action "in light of the pending criminal case against defendant Costello." *See* Dkt. No. 173; *see also* Dkt. No. 180 (referring remaining "discovery fee dispute . . . to Magistrate Judge Lisa Cisneros for a settlement conference"). Counsel recently have conferred have scheduled a Settlement Conference with Magistrate Judge Cisneros for March 13, 2023. *See* Dkt. No. 184. Therefore, the discovery issues between counsel are proceeding apace and should remain before Magistrate Judge Cisneros.

     Concerning the Court's Stay Order, in January 2023 Defendant Costello entered a Plea Agreement which requires that he (a) remain in federal custody for

Case No. 3:20-cv-02102-JD

years to come,[1] and (b) "make restitution . . . in a total amount of not less than $35 million." See Dkt. No. 182 at 16. Because Defendant Costello is the only principal of the entity co-defendants in this action, and he remains in federal prison in the State of Washington for the foreseeable future, the Stay Order should remain in place for the same reasons it was entered in the first place. See Dkt. Nos. 160, 166. Principally, the undersigned counsel has no access to Defendant Costello except via infrequent email, and because of his confinement Defendant Costello could neither prepare for, nor attend, any trial or other hearing in this action. Therefore, the Court should keep the stay in place at least until (a) the parties have resolved the discovery issues before Magistrate Judge Cisneros, (b) any restitution is made for Defendants under the Plea Agreement, and (c) Mr. Costello is sentenced in the criminal case.

Dated: February 21, 2023                    Respectfully submitted,

**SML Avvocati P.C.**

/s/ Stephen M. Lobbin

---

[1] Sentencing is scheduled for April 2023, but "the parties jointly agree to recommend that the appropriate term of imprisonment to be imposed by the Court at the time of sentencing is a term of 120 months." See Dkt. No. 182 at 16.

## PROOF OF SERVICE

I hereby certify that on February 21, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  February 21, 2023               /s/ Stephen M. Lobbin