# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

# CIVIL MINUTES

| **Date:** March 29, 2023 | **Time:** 1:04 p.m.- 2:51 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:20-cv-02102-JD | **Case Name:** CCSAC, Inc. v. Pacific Banking Corp | |

**Attorney for Plaintiff:** Steven Selna

**Attorney for Defendant:** Stephen Lobbin

**Deputy Clerk:** Brittany Sims                    Not Reported

## PROCEEDINGS

Further Settlement Conference held.
The parties did not settle, but they agreed to convene for a third settlement conference next week at a date to be determined. The parties can email Judge Cisneros's CRD at ljccrd@cand.uscourts.gov when they have decided on a date.