Steven M. Selna (CA 133409)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:  628.600.2250
Facsimile:   628.221.5828
sselna@beneschlaw.com

Attorneys for Plaintiffs CCSAC, INC. and
CANN DISTRIBUTORS, INC.

# IN THE UNITED STATE DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CCSAC, INC., a California corporation and CANN DISTRIBUTORS, INC., a California corporation,, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC BANKING CORP., a Washington corporation, JUSTIN COSTELLO, an individual, and GRN FUNDS, LLC, a Washington limited liability company,, <br><br> Defendant. | Case No. 3:20-cv-02102-JD <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND THEIR ASSOCIATED COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT Plaintiffs CCSAC, INC. and CANN DISTRIBUTORS, INC. ("Plaintiffs") hereby associate Benesch, Friedlander, Coplan & Aronoff, LLP as co-counsel in the above-referenced matter.

All notices and papers to be served upon Plaintiffs and their present counsel should also be served upon counsel at the address set forth below:

Steven M. Selna
Benesch, Friedlander, Coplan & Aronoff, LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
sselna@beneschlaw.com

Respectfully submitted,

Dated: April 20, 2023

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP

*s/ Steven M. Selna*
STEVEN M. SELNA

Dated: April 20, 2023

SELNA PARTNERS LLP

*s/ Robert W. Selna*
ROBERT W. SELNA

Attorneys for Plaintiffs CCSAC, INC. and CANN DISTRIBUTORS, INC.